1  McGREGOR W. SCOTT
   United States Attorney
2  CARL M.FALLER
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5

FILED

AUG 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9                                    1:  0 6 CR 0 0 2 9 2 AWI
   UNITED STATES OF AMERICA,        )  CR.NO.
10                                  )
              Plaintiff,            )  EX PARTE MOTION TO SEAL
11                                  )  INDICTMENT PURSUANT
         v.                         )  TO RULE 6(e), FEDERAL
12                                  )  FEDERAL RULES OF
   AMEN AHMED ALI, et al.           )  CRIMINAL PROCEDURE
13                                  )
                                    )
14            Defendant.            )
   _____)

15

16       The government moves the Court, pursuant to Rule 6(e) of the

17  Federal Rules of Criminal Procedure, to order and direct that the

18  Indictment returned by the Grand Jury on August 31, 2006 charging

19  the above defendants with a violation of Title 18, United States

20  Code, Section 793(g) - Conspiracy to Possess and Transmit Defense

21  Information and other violations, be kept secret until the

22  defendants named in the Indictment are either in custody or have

23  been given bail on this offense; and further order that until such

24  time as the defendants are in custody or have been given bail,

25  that no person shall disclose the finding of the Indictment or any

26  warrants issued pursuant thereto, except when necessary for the

27

28

                                    1

1 | issuance and execution of the warrants.

2 | DATED: August __ 2006                    Respectfully submitted,

3 |                                          McGREGOR W. SCOTT
                                             United States Attorney
4 |
                                             By
5 |                                             CARL M. FALLER, JR.
                                             Assistant U.S. Attorney
6 |

7 | ORDERED as prayed this 31st day of August 2006

8 |

9 |                                          U.S. Magistrate Judge
                                             SM SNYDER
10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2