McGREGOR W. SCOTT
United States Attorney
CARL M. FALLER
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP 0 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:06 CR 00292 AWI
                                    )
            Plaintiff,              )   ORDER TO UNSEAL INDICTMENT
                                    )
    v.                              )
                                    )
AMEN AHMED ALI,                     )
  aka Ali Amin Alrowhani,           )
  aka Amin Al Rohany,               )
  aka Ameen Alrohany,               )
IBRAHIM A. OMER; and                )
MOHAMED AL-RAHIMI,                  )
                                    )
            Defendants.             )
_____)

The indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

Dated: September 7, 2006

_____
LAWRENCE J. O'NEILL
United States Magistrate Judge

1