1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4
Attorney for Defendant
5 AMEN AHMED ALI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 06-CR-0292-AWI |
|---|---|
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING AND STATUS CONFERENCE** |
| v. | |
| **AMEN AHMED ALI,** IBRAHIM A OMER, | |
| DEFENDANTS. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII; AND STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, AMEN AHMED ALI, by and through his attorney of record, DAVID A. TORRES hereby requesting that the motions hearing and status conference currently set for 03/05/2007 be continued to 04/02/2007 or a date convenient to court and counsel.

I am respectfully requesting a continuance of the motions hearing and status conference because I am currently involved in a State jury trial for the matter of *People v. Juan Rodriguez*. Therefore, I will be unable to proceed with the motions and status conference. I have been in contact with Mr. Boone and co-counsel and they have no opposition to this request.

Stipulation and Order to Continue Motions/Status Conference   1

Based upon the foregoing, I respectfully request that the motions hearing and status conference be continued to April 2, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

Dated: 03/01/2007

/s/ David A. Torres
DAVID A. TORRES
Attorney for Amen Ahmed Ali

Dated: 03/01/2007

/s/ Richard Paul Berman
RICHARD PAUL BERMAN
Attorney for Ibrahim A Omer

McGREGOR W. SCOTT
United States Attorney

Dated: 03/01/2007

By /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:    March 2, 2007**           /s/ **Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE