1  **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2  1318 K Street
Bakersfield, CA 93301
3  Ph.: (661)326-0857
Fax.: (661) 326-0936
4
Attorney for Defendant
5  AMEN AHMED ALI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-0292-AWI |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING AND STATUS CONFERENCE** |
| v. | |
| **AMEN AHMED ALI,** IBRAHIM A OMER, | |
| DEFENDANTS. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII; AND STAN BOONE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, AMEN AHMED ALI, by and through his attorney of record, DAVID A. TORRES hereby requesting that the motions hearing and status conference currently set for 06/04/2007 be continued to 07/02/2007 or a date convenient to court and counsel.

I am respectfully requesting a continuance of the motions hearing and status conference in order to conduct further investigation in this matter. Therefore, I will be unable to proceed with the motions and status conference. I have been in contact with Mr. Boone and co-counsel and they have no opposition to this request.

Based upon the foregoing, I respectfully request that the motions hearing and status

conference be continued to July 2, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

Dated: 05/31/2007

                                        /s/ David A. Torres
                                        DAVID A. TORRES
                                        Attorney for Amen Ahmed Ali

Dated: 05/31/2007                       /s/ Richard Paul Berman
                                        RICHARD PAUL BERMAN
                                        Attorney for Ibrahim A Omer


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: 05/31/2007                       By /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).


IT IS SO ORDERED.

**Dated:   June 1, 2007**                       /s/ **Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE