1

**RICHARD P. BERMAN #55462**
**Attorney at Law**

2
2333 MERCED STREET
FRESNO, CA 93721

3
PHONE (559) 438-7425
FAX (559) 233-6947

4

5
ATTORNEY FOR    Defendant, IBRAHIM OMER

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10
* * * * * * * *

11
**UNITED STATES OF AMERICA,**         Case No.:      **CRF-06-00292-AWI**

12
    **Plaintiff,**                **STIPULATION FOR CONTINUANCE**
                                        **AND ORDER**

13
    vs.

14
**AMEN AHMED ALI, and**
**IBRAHIM A. OMER,**

15
    **Defendants.**

16

17
    **IT IS HEREBY STIPULATED** between Defendant, IBRAHIM A. OMER, by and

18
through his attorney of record, Richard P. Berman, and Plaintiff, by and through Assistant U.S.

19
Attorney Stanley A. Boone, that the status hearing now set for Monday, March 17, 2008, at 1:30

20
p.m. be continued to Monday, April 7, 2008, at 1:30 p.m. as has been requested by Co-

21
Defendant, AMEN ALI.

22
    **IT IS FURTHER STIPULATED** by the parties that any delay resulting from this

23
continuance shall be excluded on the following basis:

24
    a.  Title 18, United States Code, Section 3161(h)(8)(A) - that the ends of justice served by

25
taking such action outweighs

26
///

27
the best interest of the public and the defendant in a speedy trial.

28
    b.  Title 18, United States Code, Section 3161(h)(8)(ii) - that it is unreasonable to expect

adequate preparation for pre-trial proceedings or for the trial itself with the time limits

1

1   established due to the complexity of the case.

2       Dated:  March 13, 2008.     Respectfully submitted,

3                                               LAW OFFICE OF RICHARD P. BERMAN

4

5                                               By /s/ RICHARD P. BERMAN
                                                   RICHARD P. BERMAN
6                                                  Attorney for Defendant,
                                                     IBRAHIM A. OMER
7

8       Dated:  March 13, 2008.     McGREGOR W. SCOTT
                                                   United States Attorney
9

10

11                                              By /s/ STANLEY A. BOONE
                                                   STANLEY A. BOONE
                                                   Assistant U.S. Attorney
12

13                                  **<u>ORDER</u>**

14      **IT IS SO ORDERED**.  Good cause having been shown, the status hearing set for March

15  17, 2008, is vacated and continued to April 7, 2008, at 1:30 p.m.  Additionally, time shall be

16  excluded by stipulation from the parties and pursuant to 18 U.S.C. sections 3161(h)(A) and

17  3161(h)(B)(ii).

18

19  IT IS SO ORDERED.

20  **Dated:   March 14, 2008**               /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

2
STIPULATION FOR CONTINUANCE AND PROPOSED ORDER