**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
AMEN AHMED ALI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>AMEN AHMED ALI ,<br><br>                    DEFENDANT. | Case No.: 06-CR-00292 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND STANLEY A. BOONE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, AMEN AHMED ALI by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for April 28th, 2008 be continued to May 5th, 2008 at 1:30 p.m., or a date convenient to court and counsel.

This is a mutual request between Assistant United States Attorney, Stanley A. Boone and is joined by counsel for both defendants.  The purpose for the continuance is to provide additional information to the court.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  May 5th, 2008.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

7  Dated: April 24, 2008                                    /s/ David A. Torres
                                                            DAVID A. TORRES
8                                                           Attorney for Defendant
                                                            AMEN AHMED ALI

9  Dated: April 24, 2008                                    /s/ Anthony P. Capozzi
10                                                          Attorney for Co-Defendant
                                                            AMEN AHMED ALI

12                                                          McGREGOR W. SCOTT
                                                            United States Attorney

13  Dated: April 24, 2008                                   By /s/ Stanley A. Boone
                                                            STANLEY A. BOONE
14                                                          Assistant U.S. Attorney

28  Stipulation and Proposed Order to Continue Sentencing   2

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   April 25, 2008**              _____/s/ Anthony W. Ishii_____
                                         UNITED STATES DISTRICT JUDGE