1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-06-0292 AWI |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE |
| vs. ) | AND PROPOSED ORDER THEREIN |
| ) | |
| AMEN AHMED ALI, ) | |
| ) | |
| ) | |
| Defendant. ) | |

The parties have filed the following stipulation:

IT IS HEREBY STIPULATED between the Defendant, AMEN AHMED ALI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the Bail Hearing now set for Monday, May 5, 2008 at 11:00 a.m. be continued to Monday, May 19, 2008 at 11:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

a.      Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served
        by taking such action outweighs the best interest of the public and the defendant in
        a speedy trial.

1

1    b.    Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect

2          adequate preparation for pre-trial proceedings or for the trial itself with the time limits

3          established due to the complexity of the case.

4                                            Respectfully submitted,

5    Dated:  May 1, 2008

6                                                   /s/  Anthony  P.  Capozzi

7                                            Anthony P. Capozzi,
                                             Attorney for Defendant,
8                                            AMEN AHMED ALI

9

10   Dated:  May 1, 2008

11                                                  /s/  Stanley  A.  Boone

12                                            Stanley A. Boone,
                                             Assistant U.S. Attorney
13

14

15

16

17

18

19

20         However, the time of the May 5, 2008, hearing was set for 1:30 p.m.  The Court has been

21   informed that the parties wish to have the hearing at 1:30 p.m. on May 19, 2008.  The Court will

22   accordingly set the new hearing time for 1:30 p.m.

23

24

25                                        **ORDER**

26         IT IS SO ORDERED.  Good cause having been shown, the Bail Hearing set for May 5, 2008,

27

28                                            2

is vacated and continued to May 19, 2008 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:    May 1, 2008**                          _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

3