ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
AMEN AHMED ALI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0292 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | AND ORDER THEREIN |
| AMEN AHMED ALI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, AMEN AHMED ALI, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stanley A. Boone, that the Bail Hearing now set for Monday, June 2, 2008 at 1:30 p.m. be continued to Monday, July 21, 2008 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

    a.    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

1

b.  Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 29, 2008

/s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
AMEN AHMED ALI

Dated: May 29, 2008

/s/  Stanley  A.  Boone
Stanley A. Boone,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Bail Hearing set for June 2, 2008, is vacated and continued to July 21, 2008 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   May 29, 2008**              /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

2