McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMEN AHMED ALI,<br><br>                    Defendant. | 01:06-CR-00292 AWI<br><br>STIPULATION AND ORDER TO CONTINUE MOTION FOR RETURN OF PROPERTY |

   IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Defendant Amen Ahmed Ali, and his counsel of record, as follows:

   The parties request the Motion for Return of Property currently scheduled for June 23, 2008 at 9:00 a.m. in Courtroom 2 before District

///
///
///
///
///
///

1

Judge Anthony W. Ishii be continued to July 21, 2008 at 9:00 a.m. in Courtroom 2 before District Judge Anthony W. Ishii.

Dated: June 12, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Stephanie Hamilton Borchers
                                    STEPHANIE HAMILTON BORCHERS
                                    Assistant U.S. Attorney

Dated: June 12, 2008                /s/ Richard M. Barnett
                                    RICHARD M. BARNETT
                                    Attorney for Defendant Amen Ahmed Ali
                                    (Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   June 13, 2008**            **/s/ Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE