**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, IBRAHIM OMER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IBRAHIM OMER, et al.,<br><br>Defendants. | Case No.:   06-CR-0292-AWI<br><br>**WAIVER OF APPEARANCE** |

**NOW COMES** Defendant, IBRAHIM OMER, through his attorney, RICHARD P. BERMAN, and having been fully informed of his right to be present at the Status Conference herein on Monday, January 26, 2006, at 9:00 a.m., does hereby waive and give up his right to be present and authorizes his attorney to attend for him and to accept each and every order of the Court on his behalf as if he were present.

Dated:  January 17, 2009.

                                                      /s/ IBRAHIM OMER
                                                      IBRAHIM OMER

///

///

| | |
|---|---|
| 1 | ********** |
| 2 | **O R D E R** |

3   Good cause appearing,

4   **IT IS HEREBY ORDERED** that Defendant, IBRAHIM OMER,

5   is hereby excused from appearing at the Status Conference currently scheduled for January 26,

6   2009.

7

8   IT IS SO ORDERED.

9   **Dated:   January 22, 2009**                    /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28