1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax: (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   AMEN AHMED ALI
6

7

8              IN THE UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA, FRESNO
10                         * * * * *
11

12  UNITED STATES OF AMERICA,        )  Case No.: CR-F-06-0292 AWI
                                     )
13              Plaintiff,           )  STIPULATION FOR CONTINUANCE
                                     )  AND ORDER THEREIN
14       vs.                         )
                                     )
15  AMEN AHMED ALI,                  )
                                     )
16              Defendant.           )
   _____  )
17

18       IT IS HEREBY STIPULATED between the Defendant, AMEN AHMED ALI, by and

19  through his attorneys of record, Anthony P. Capozzi and David A. Torres; Defendant,  Ibrahim A.

20  Omer, by and through his attorney of record, Richard P. Berman, and Plaintiff, by and through

21  Assistant United States Attorney, Dawrence Rice, that the Status Conference now set for Tuesday,

22  February 23, 2010 at 1:00 p.m. be continued to Tuesday, March 16, 2010  at 1:00 p.m.

23

24       It is further stipulated by the parties that any delay resulting from this continuance shall be

25  excluded on the following basis:

26

27

28                                        1

a.      Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b.      Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: February 18, 2010

_____
/s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
AMEN AHMED ALI

Dated: February 18, 2010

_____
/s/ David  A.  Torres
David A. Torres,
Attorney for Defendant,
AMEN AHMED ALI

Dated: February 18, 2010

_____
/s/  Richard  Berman
Richard Berman,
Attorney for Defendant,
IBRAHIM OMER

Dated: February 18, 2010

_____
/s/ Dawrence  Rice
Dawrence Rice,
Assistant U.S. Attorney

2

## <u>ORDER</u>

Good cause having been shown, the Status Conference set for February 23, 2010 is vacated and continued to Tuesday, March 16, 2010 at 1:00  p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).


IT IS SO ORDERED.

**Dated:    February 18, 2010**                  _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE