(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, IBRAHIM OMER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-0292-AWI |
| Plaintiff, | WAIVER OF APPEARANCE |
| vs. | |
| IBRAHIM OMER, et al., | |
| Defendants. | |

**NOW COMES** Defendant, IBRAHIM OMER, through his attorney, RICHARD P. BERMAN, and having been fully informed of his right to be present at the Status Conference herein on Tuesday, March 16, 2010, at 1:00 p.m., does hereby waive and give up his right to be present and authorizes his attorney to attend for him and to accept each and every order of the Court on his behalf as if he were present.

Dated: February 25, 2010.

/s/ IBRAHIM OMER
IBRAHIM OMER

///

///

\*\*\*\*\*\*\*\*\*\*

# O R D E R

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, IBRAHIM OMER, is hereby excused from appearing at the Status Conference currently scheduled for March 16. 2010.

IT IS SO ORDERED.

**Dated:   March 12, 2010**                   /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE