BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
CLIFFORD I. RONES
Senior Trial Attorney
Counterespionage Section
United States Department of Justice
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00292 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING TRIAL FROM NOVEMBER |
| | ) | 9, 2010, TO NOVEMBER 16, 2010, |
| AMEN AHMED ALI, and | ) | AND CONTINUING CIPA § 2 |
| IBRAHIM A. OMER, | ) | CONFERENCE FROM JULY 6, 2010, |
| | ) | TO AUGUST 16, 2010. |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through Benjamin B.

Wagner, United States Attorney for the Eastern District of

California, Dawrence W. Rice, Jr., Assistant U.S. Attorney, and

Clifford I. Rones, Senior Trial Attorney, Counterespionage

Section, U.S. Department of Justice, and defendants Amen Ahmed Ali

and Ibrahim A. Omer, by and through their respective counsel,

David A. Torres, Esq., Anthony P. Capozzi, Esq., and Richard P.

Berman, Esq., hereby STIPULATE and AGREE that the trial, currently

scheduled for November 9, 2010, at 9:00 a.m., be continued to

1

1 | November 16, 2010, at 9:00 a.m., and that the CIPA § 2 Conference,
2 | currently scheduled for July 6, 2010, at 1:30 p.m., be continued
3 | to August 2, 2010, at 1:30 p.m.  All other dates to remain to
4 | same.  The government and defendants further stipulate and agree
5 | that time shall be excluded under the Speedy Trial Act through
6 | November 16, 2010, for continuity of counsel, need for counsel to
7 | have a reasonable amount of time to prepare for the trial, and to
8 | accommodate scheduling conflicts of government counsel from
9 | Washington, D.C.
10 | DATED: May 10 , 2010                    Respectfully submitted,

11 |                                         BENJAMIN B. WAGNER
    |                                         United States Attorney
12 |
    |                                         By /s/Dawrence W. Rice, Jr.
13 |                                            DAWRENCE W. RICE, JR.
    |                                         Assistant U.S. Attorney
14 |

15 |
21 |
    | DATED: May 10 , 2010                     /s/ David A. Torres
22 |                                         David A. Torres
    |                                         Attorney at Law
23 |                                         Counsel for Defendant
    |                                         Amen Ahmed Ali
24 |

25 |
    | DATED: May 10 , 2010                     /s/ Anthony P. Capozzi
26 |                                         Attorney at Law
    |                                         Counsel for Defendant
27 |                                         Amen Ahmed Ali

28 |
    | DATED: May 10 , 2010                     /s/ Richard P. Berman
    |                                         Richard P. Berman
    |                                         Attorney at Law
    |                                         Counsel for Defendant
    |                                         Ibrahim A. Omer

///

///

///

ORDER

IT IS ORDERED that the trial, currently scheduled for November 9, 2010, at 9:00 a.m., be continued to November 16, 2010, at 9:00 a.m., and that the CIPA § 2 Conference, currently scheduled for July 6, 2010, at 1:30 p.m., is continued to **August 16, 2010**, at 1:30 p.m.  All other dates to remain the same.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(1) and (7), and time is excluded under the Speedy Trial Act through November 16, 2010, due to the need for continuity of counsel, need for counsel to have a reasonable amount of time to prepare for the trial, and to accommodate scheduling conflicts of government counsel from Washington, D.C.  The ends of justice served by this Order outweigh the interest of the public and defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    May 20, 2010**                    _____/s/ Anthony W. Ishii_____
                                            CHIEF UNITED STATES DISTRICT JUDGE

3