IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                        Plaintiff,           )<br>      v.                                              )<br>                                                          )<br>AMEN ALI, and                                )<br>IBRAHIM A. OMER,                      )<br>                                                          )<br>                        Defendant.      )<br>_____) | NO.  1:06-CR-0292 LJO<br><br>ORDER SETTING MANDATORY STATUS CONFERENCE FOR JULY 9, 2010 AT 1:30 P.M. IN COURTROOM FOUR |

In this action, a Classified Information Procedures Act ("CIPA") hearing, pursuant to 18 U.S.C. app. 3 § 2, is currently set for August 16, 2010, at 1:30 p.m.  The Trial Confirmation Hearing and Motions In Limine Hearing is set for October 18, 2010, at 1:30 p.m.  Trial is set for November 9, 2010, at 8:30 a.m.

Given the recent reassignment of this action to the undersigned, the court finds that a status conference is necessary to clarify remaining pretrial issues.  As such, the court sets a status conference for July 9, 2010 at 1:30 p.m. in Courtroom Four.  At the status conference, all parties shall be prepared to discuss the following:

1. A new date to replace the August 16, 2010 hearing because of the court's unavailability on August 16, 2010;
2. The legal authority the Government is relying upon that allows the court to close CIPA hearings from the public and disallows the Defendants' presence at these

    hearings, if any;

3.   The current status of settlement discussions;

4.   Whether security clearances have been obtained for all necessary individuals;

5.   If security clearances are still needed, the estimated time to receive such security clearances;

6.   Whether the parties intend to file briefs for the to-be-reset August 16, 2010 hearing and/or whether the parties intend to set a further briefing schedule for additional CIPA hearings; and

7.   What the parties anticipate the purpose and result of the to-be-reset August 16, 2010 hearing are.

  Accordingly, the court ORDERS that all parties SHALL appear for a mandatory status conference in this action on July 9, 2010, at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

**Dated: June 21, 2010**         **/s/ Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE

2