IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>AMEN ALI, and<br>IBRAHIM A. OMER,<br><br>                Defendant. | NO.  1:06-CR-0292 LJO<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATES |

On July 8, 2010, the court held a status conference. Dawrence Wayne Rice, Clifford I. Rones, and Stanley Albert Boone appeared for the United States of America. David A. Torres and Anthony P. Capozzi appeared on behalf of Defendant Amen Ahmed Ali. Michael Evan Mitchell and Sofian Solomon Dawood appeared on behalf of Defendant Ibrahiam A. Omer.

At the hearing, the court vacated the August 16, 2010 hearing and the October 18, 2010 motions in limine hearing, along with all briefing dates associated with motions in limine. After discussion with the parties, the court set the following briefing deadlines and hearing dates:

**A.** **Motion to Sever**

The hearing to consider any motion to sever will be held on September 13, 2010, at 1:30 p.m. in Courtroom Four.

By August 25, 2010, any motion to sever, along with supporting points and authorities,

shall be filed and served.

By September 8, 2010, any opposition to a motion to sever shall be filed and served. If a party does not oppose a motion to sever, that party shall file and serve in the same manner a statement of non-opposition.

By July 23, 2010, Defendant Ali shall inform the court whether he desires to be present at the September 13, 2010 hearing so that the court has sufficient time to arrange for an interpreter.

**B.**     **Motion to Compel Discovery**

The hearing to consider any motion to compel discovery will be held on September 13, 2010, at 1:30 p.m. in Courtroom Four.

By August 25, 2010, any motion to compel discovery, along with supporting points and authorities, shall be filed and served.

By September 8, 2010, any opposition to a motion to compel discovery shall be filed and served. If a party does not oppose a motion to compel discovery, that party shall file and serve in the same manner a statement of non-opposition.

By July 23, 2010, Defendant Ali shall inform the court whether he desires to be present at the September 13, 2010 hearing so that the court has sufficient time to arrange for an interpreter.

**C.**     **CIPA Motions and Hearing**

The hearing to consider any motions brought pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3 § 1 *et. seq.*, will be held on October 15, 2010, at 1:30 p.m. in Courtroom Four.

By September 10, 2010, Defendants shall file and serve any motion brought pursuant to 18 U.S.C. app. 3 § 5.

By October 6, 2010, the United States shall file and serve any motion brought pursuant to 18 U.S.C. app. 3 § 6.

By July 23, 2010, the United States shall inform the court whether any part of the October 15, 2010 CIPA hearing is required to be closed to the public and/or any Defendant.

**D.     Motions in Limine**

The hearing to consider motions in limine will be held on October 15, 2010, at 1:30 p.m. in Courtroom Four.  In addition to addressing any filed motions in limine, at that time the court will conduct a trial confirmation hearing and, to the extent possible, address any other outstanding matters pertaining to trial.

On September 28, 2010, all motions in limine, with supporting points and authorities, shall be filed and served.

On October 12, 2010, opposition to any motion in limine shall be filed and served.  If a party does not oppose a motion in limine, that party shall file and serve in the same manner a statement of non-opposition.

**E.     Trial Date**

The trial is currently set to begin on Tuesday, November 9, 2010, at 8:30 a.m.   In light of the court's schedule, the trial date is HEREBY moved to Monday, November 8, 2010, at 8:30 a.m.   Counsel are requested to advise the Court their respective time estimates within ten days.

IT IS SO ORDERED.

**Dated:   July 9, 2010**                                     /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

3