MICHAEL E. MITCHELL #240199
LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:    (559) 222-2424
Facsimile:    (559) 222-2434

SOFIAN DAWOOD #250363
LAW OFFICES OF SOFIAN SOLOMON DAWOOD
745 East Locust Avenue, Suite 107
Fresno, California 93720
Telephone:  (559) 447-8768
Facsimile:  (559) 447-8765

Attorneys for Defendant:
IBRAHIM A. OMER

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>AMEN ALI, and<br>IBRAHIM A. OMER,<br><br>                Defendants. | )  Case No.: 1:06-CR-0292 LJO<br>)<br>)<br>)<br>)  **ORDER TO TRANSPORT WITNESS**<br>)  **AMEN ALI**<br>)<br>)  Date:  January 24, 2010<br>)  Time: 8:30 AM<br>)  Court Room: Four (4)<br>)  Honorable LAWRENCE J. O'NEILL<br>)<br>)<br>)<br>) |

        IT IS HEREBY ORDERED that the United States Marshal Service is to transport witness

Amen Ali, to Department Four of the United States District Court for the Eastern District of

California on Tuesday, January 25, 2011 at 1:30 p.m.


 Dated: January 20, 2011                          /s/ Lawrence J. O'Neill_____
                                                  Hon. Lawrence J. O'Neill,
                                                  United States District Court Judge

1