# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| | ) | 1:06-CR-292 LJO |
| vs. | ) | |
| IBRAHIM A. OMER | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

IT IS SO ORDERED.

Dated:   February 1, 2011              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE