MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:  (559) 222-2424
Facsimile:  (559) 222-2434

SOFIAN DAWOOD 250363
**LAW OFFICES OF SOFIAN SOLOMON DAWOOD**
745 East Locust Avenue, Suite 107
Fresno, California 93720
Telephone: (559) 447-8768
Facsimile:  (559) 447-8765

Attorneys for Defendant:
IBRAHIM A. OMER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AMEN ALI, and<br>IBRAHIM A. OMER,<br><br>  Defendants. | Case No.: 1:06-CR-0292 LJO<br><br>**STIPULATION FOR EXONERATION OF BOND AND RETURN OF PASSPORT; PROPOSED ORDER**<br><br>Date: January 24, 2010<br>Time: 8:30 AM<br>Court Room: Four (4)<br>Honorable LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between DAWRENCE W. RICE, JR., Assistant U.S. Attorney for the Plaintiff United States of America and MICHAEL E. MITCHELL, attorney for Defendant IBRAHIM A. OMER ("Mr. Omer") as follows:

1. The unsecured bond of $150,000.00 signed by Dr. Abdul Alas on behalf of Mr. Omer and the $7,000.00 cash bond posted by Omer Elmahi on behalf of Mr. Omer be exonerated and released pursuant to Federal Rule of Criminal Procedure 46, subdivision (g).

///

1

2. Mr. Omer's passport, which was surrendered to the Clerk of the United States District Court, be released and returned to him.

Dated: February 14, 2011

Respectfully Submitted,

/s/ Michael E. Mitchell

_____
Michael E. Mitchell, Attorney for Defendant IBRAHIM A. OMER

Dated: February 14, 2011

Respectfully Submitted,

/s/ Dawrence W. Rice, Jr.

_____
Dawrence W. Rice, Jr.., Assistant U.S. Attorney for the Plaintiff United States of America

IT IS HEREBY ORDERED that the unsecured bond of $150,000.00 signed by Dr. Abdul Alas on behalf of Defendant Ibrahim A. Omer and the $7,000.00 cash bond posted by Omer Elmahi on behalf of Defendant Ibrahim A. Omer be exonerated and released. Defendant Ibrahim A. Omer's passport is also to be released and returned to him.

Date: February 14, 2011

Hon. Lawrence J. O'Neill
United States District Court Judge