MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:  (559) 222-2424
Facsimile:   (559) 222-2434

SOFIAN DAWOOD 250363
**LAW OFFICES OF SOFIAN SOLOMON DAWOOD**
745 East Locust Avenue, Suite 107
Fresno, California 93720
Telephone: (559) 447-8768
Facsimile:  (559) 447-8765

Attorneys for Defendant:
IBRAHIM A. OMER

**FILED**

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>AMEN ALI, and<br>IBRAHIM A. OMER,<br><br>   Defendants. | Case No.: 1:06-CR-0292 LJO<br><br>**STIPULATION FOR RETURN OF PASSPORT; PROPOSED ORDER**<br><br>Court Room: Four (4)<br>Honorable LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between DAWRENCE W. RICE, JR., Assistant U.S. Attorney for the Plaintiff United States of America and MICHAEL E. MITCHELL, attorney for Defendant IBRAHIM A. OMER ("Mr. Omer") as follows:

1. Mr. Omer's passport, which was surrendered to the Clerk of the United States District Court, be released and returned to him.

///
///
///

2. The Passport can be identified with the name IBRAHIM A. OMER and the passport number 392454.

Dated: March 28, 2011

Respectfully Submitted,

/s/ Michael E. Mitchell

Michael E. Mitchell, Attorney for Defendant IBRAHIM A. OMER

Dated: March 28, 2011

Respectfully Submitted,

/s/ Dawrence W. Rice, Jr.

Dawrence W. Rice, Jr.., Assistant U.S. Attorney for the Plaintiff United States of America

IT IS HEREBY ORDERED that the passport of Mr. Omer, identified by the name IBRAHIM A. OMER, and by the passport number 392454 be returned to Mr. Omer.

Date: March 28, 2011

Hon. Lawrence J. O'Neill
United States District Court Judge